George T. DALEY, Appellant, v. SEARS, ROEBUCK & COMPANY, Appellee.

No. 11067.

United States Court of Appeals Sixth Circuit.

April 20, 1950.

Sindell & Sindell, Jack G. Day, Cleveland, Ohio, for appellant.

Thompson, Hine & Flory, Thomas E. Lipscomb, Cleveland, Ohio, for appellee.

Before ALLEN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard upon the record, briefs and argument of counsel;

And the Court being of the opinion that the ruling is controlled by Steinbeck v. John Hauck Brewing Co., 7 Ohio App. 18 and Turoff v. Richmond, 76 Ohio App. 83, 61 N.E.2d 486. See also: Den Braven v. Public Service Electric & Gas Co., 115 N.J.L. 543, 181 A. 46; Abar v. Ramsey Motor Service, 195 Minn. 597, 263 N.W. 917; Bennett v. McGoldrick-Sanderson Co., 15 Wash.2d 130, 142-144, 129 P.2d 795.

On the authority of said cases and for the reasons stated by the District Judge in his Memorandum Opinion, it is ordered that the Judgment of the District Court be affirmed. 90 F.Supp. 561.

Walter C. BENSON et al., d/b/a Bendon Fishing Company v. Wallace F. ADAMS, p.p.a.

No. 4500.

United States Court of Appeals First Circuit.

June 16, 1950.

Thomas H. Walsh, Boston, Mass. (Leo F. Glynn, Boston, Mass., on brief), for appellants.

Harry Kisloff, Boston, Mass., for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and FRANK (by special assignment), Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.

CAMBRIA STEAMSHIP COMPANY, Claimant and Appellant, Steamer "Daniel J. Morrell," Respondent and Appellant, v. The MORROW STEAMSHIP COMPANY, a corporation, as owner of the Steamer Robert J. Paisley, Libelant and Appellee.

No. 11073.

United States Court of Appeals Sixth Circuit.

May 1, 1950.

Russell V. Bleecker, Cleveland, Ohio and Richard A. Forsyth, Detroit, Mich., for appellant.

Johnson, Branand & Jaeger, Cleveland, Ohio and Foster & Lutz, Detroit, Mich., for appellee.

Before MARTIN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the arguments of counsel, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment be and the same is hereby affirmed in accordance with the findings of fact and the conclusions of law of the District Court. 90 F.Supp. 300.